LUCY C. T. MAGRAW, Respondent, *v.* CHARLES HANN, JR., Appellant. (2 Actions.)

(Argued January 8, 1934; decided January 23, 1934.)

*William J. Rapp* and *Peter J. Larney* for appellant.

*John J. McGinty* for respondent.

Appeal dismissed in each case, with costs. In order to answer the question certified this court must determine a question of fact which it has no power to do. (*Bowlby v. McQuail*, 240 N. Y. 684.) No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.